IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 |
| JUSTIN RICHMAN, | ) Case No. 20-10469-amc |
| Debtor. | ) |

## ORDER

AND NOW, this ____ day of _____, 2020, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, upon the consideration of the Motion of Hyperion Bank for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d), and any responses thereto, and for good cause shown, it is

ORDERED AND DECREED that the Motion is GRANTED as set forth herein; and it is

FURTHER ORDERED, pursuant to Section 362(d) of the Bankruptcy Code that the automatic stay imposed by Section 362(a) of the Bankruptcy Code is lifted for the purpose of Allowing Hyperion to proceed with its rights under its loan documents, including foreclosure, against the real property located at 421 Cedartop Court, Harleysville, Towamenein Township, Montgomery County, Pennsylvania a/k/a Parcel No.: 53-00-01275-74-2; and it is

FURTHER ORDERED that Hyperion is authorized to take such action as may be necessary or appropriate to implement and effectuate the relief granted by this Order; and it is

FURTHER ORDERED that Federal Rule of Bankruptcy Procedure 4001(a)(3) is not applicable and this Order shall become effective immediately upon its entry and shall not be stayed notwithstanding anything int the Federal Rules of Bankruptcy Procedure to the contrary.

BY THE COURT:

**Date: June 1, 2020**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

4468656v.1